UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GUY SHELTON,

       Petitioner,

                                              File No. 2:16-cv-104

v.

                                              HON. ROBERT HOLMES BELL

DUNCAN MACLAREN,

       Respondent.

                                      /

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 2) and motion for appointment of counsel (ECF No. 3) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Petitioner's objections (ECF No. 6) to the Report and Recommendation of the magistrate judge are **GRANTED**. The Report and Recommendation (ECF No. 4) is **REJECTED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: July 12, 2016                                  /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE